TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-96-00405-CR

NO. 03-96-00406-CR

Charles Condran, Appellant

v.

The State of Texas, Appellee

FROM THE COUNTY COURT AT LAW NO. 6 OF TRAVIS COUNTY 

NOS. 437663 & 437664, HONORABLE DAVID PURYEAR, JUDGE PRESIDING

PER CURIAM

 Following a bench trial, the county court at law found appellant guilty of indecent exposure
and driving while intoxicated. The court assessed punishment at incarceration for 180 days in the former
cause, and at incarceration for 165 days and a $100 fine in the latter.

 Appellant is represented by retained counsel. In lieu of a brief, counsel has filed a motion
to withdraw stating that "[a]fter a careful and complete review of the record counsel is of the opinion that
the appeal is frivolous and without merit." Under the circumstances, we will consider the appeal without
briefs.

 The motion to withdraw as counsel is overruled. We have examined the records and find
no error that should be considered in the interest of justice. The judgments of conviction are affirmed.

Before Justices Powers, Aboussie and Jones

Affirmed

Filed: December 5, 1996

Do Not Publish